TERMINAL TAXI COMPANY ET AL. *v.* KENNETH FLYNN,
ADMINISTRATOR (ESTATE OF RALPH J. FLYNN)

The motion by the plaintiffs to dismiss the appeal from the Superior Court in New Haven County is denied.

*Richard J. Parrett,* for the appellees (plaintiffs).

*John H. Peck,* for the appellant (defendant).

Argued March 5—decided March 5, 1968

STATE OF CONNECTICUT *v.* ANTHONY KOMNINOS

The application by John J. Hunt to withdraw his appearance for the defendant in the appeal from the Superior Court in Fairfield County is granted.

*John J. Hunt,* for the appellant (defendant).

*Arlen D. Nickowitz,* assistant state's attorney, for the appellee (state).

Argued March 5—decided March 5, 1968

STATE OF CONNECTICUT *v.* JAMES A. MOORE

The motion by the state to dismiss the appeal from the Superior Court in Hartford County so far as it relates to the second count of the information is denied.

*Edward J. Daly,* assistant state's attorney, for the appellee (state)

*Arnold M. Schwolsky,* assistant public defender, for the appellant (defendant).